# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3133
LT Case No. 16-2022-DP-133

_____

K.S., Father of J.S.-M., A Child,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Andrew Kalil, Judge.

K.S., Father of J.S.-M., a Child, Jacksonville, pro se.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Laura J. Lee, Assistant Director of Appeals, of the Statewide
Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad
Litem.

October 28, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____